UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 25-cr-223-pp

ARTHUR M. BROWN,

Defendant.

---

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION TO CLARIFY MEDICATION (DKT. NO. 47)**

---

On September 25, 2026, the court received from the defendant a letter (one of many it has received in the course of his case), clarifying the medications he takes. Dkt. No. 47. During his change-of-plea hearing on August 27, 2026, he had given the court some information about his medications; it appears that in this September 25, 2026 letter he just wanted to make sure that the court had the correct names of the medication and the amounts he takes. The court appreciates the defendant providing this information.

But the letter also asks the court for various other kinds of relief, including asking the court to have the police department bring the money he stole to court, asking the court to take into account his rehabilitation plan, asking the court to give him a particular sentence at his sentencing hearing and asking for specific sentencing credit. Id. The court has explained to the defendant in the past that if he has an attorney, he cannot file motions on his

own. The court most recently explained that to him at the August 27, 2026 change-of-plea hearing. Dkt. No. 45. The court also explained to the defendant at that hearing that it was not going to, and could not, agree to sentence him to the sentence and sentencing credit he requested. Id. at 1. The defendant told the court at that hearing that he understood that. Id. Yet the defendant has again filed a motion without going through his attorney and again has asked the court to give him a particular sentence.

The court will deny this motion as it has the defendant's other motions. The defendant should focus his attention on working with his lawyer to prepare for the December 2, 2026 sentencing hearing. He should provide his lawyer with all the information that he thinks the court should have to help it make the best possible decision about his sentence; his lawyer will provide that information to the court. If the defendant wants to write the court a letter, explaining good things about himself or explaining why he did what he did that got him in trouble, he can write that letter out and then *give it to his lawyer*. His lawyer will make sure the letter gets to the court. And finally, on the day of sentencing, the court is going to let the defendant speak on his own behalf and tell the court whatever he thinks is important.

Until then, the defendant should not file any other motions with the court. He should *go through his attorney* if he wants to file a motion. The court will not take any action on any motions that the defendant files himself, without going through his lawyer.

For the reasons stated in this order, in the court's previous orders and in the court's statements at the August 27, 2026 change-of-plea hearing, the court **DENIES** the defendant's motion to clarify medication. Dkt. No. 47.

Dated in Milwaukee, Wisconsin this 28th day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**